S. SIDNEY STERN et al., Copartners under the Firm Name of S. & A. STERN, Respondents, *v.* MANNHEIM INSURANCE COMPANY OF MANNHEIM, GERMANY, Appellant.

(Argued March 20, 1934; decided April 17, 1934.)

*Nathan Ottinger, Sidney Newborg* and *Milton M. Sametz* for appellant.

*Benjamin Weiss* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.